UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASSANDRE RICHARD JEAN,

    Petitioner,

v.                                                        Case No. 5:25cv30/MCR/MAL

WARDEN GABBY,

    Respondent.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated September 24, 2025. *See* ECF No. 20. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this order.

2.    The Second Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, ECF No. 12, is DISMISSED as moot as and for failure to exhaust

administrative remedies. Were it not subject to dismissal, the petition would be denied as without merit.

    3.    The Motion for Summary Judgement, ECF No. 13, is DENIED.

    4.    The Clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:25cv30/MCR/MAL